AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

DAVIDSON'S PAINTING &
WALLCOVERINGS, INC.
  a/k/a Davidson's Painting & Wallcovering, Inc.
  a/k/a Davidson's Painting and Wallcoverings, Inc.

CASE NUMBER   1:06CV01567

JUDGE: James Robertson

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 09/07/2006

TO: (Name and address of Defendant)

DAVIDSON'S PAINTING &
WALLCOVERINGS, INC.
  a/k/a Davidson's Painting & Wallcovering, Inc.
  a/k/a Davidson's Painting and Wallcoverings, Inc.
45223 Metz Road
Columbiana, OH  44408

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        SEP - 6 2006
CLERK                              DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No.1:06CV01567

vs

DAVIDSON'S PAINTING & WALLCOVERINGS, INC.
   A/k/a Davidson's Painting & Wallcovering, Inc.
   A/k/a Davidson's Painting & Wallcoverings, Inc.

**SERVICE OF PROCESS ON**: DAVIDSON'S PAINTING & WALLCOVERINGS, INC.
   A/k/a Davidson's Painting & Wallcovering, Inc.
   A/k/a Davidson's Painting & Wallcoverings, Inc.

I, Michael Antonoff, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: Monday September 25th, 2006
Place of Service:   45223 Metz Road, Columbiana, OH 44408
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___By personally delivering them into the hands of the person being served
___By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_✓_By delivering to an officer or person-in-charge or managing agent whose name and title is:
    James Davidson   Owner
___Other_____

Description of Person Receiving Documents: Male/Female   Skin Color_____
                                           Hair Color_____Age___Hgt____Wgt____

Undersigned declares under penalty of perjury that the foregoing is true and correct

_[signature]_   Sept. 25th, 2006

Signature of Server          Date

Kent Cprek, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-922-6700