UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVIDSON'S PAINTING AND WALLCOVERINGS INC.,<br><br>   Defendant. | Civil Action No. 06–1567 (CKK) |

**ORDER**
(October 23, 2006)

The Complaint in this case was filed on September 6, 2006. The Defendant was served on September 25, 2006. No response to the Complaint has been filed. Plaintiff has also not taken any additional measures to prosecute this case.

Therefore, it is this 23rd day of October, hereby,

**ORDERED** that by no later than November 6, 2006, Plaintiff shall either file for default or take other appropriate action to prosecute this case or the court will dismiss it without prejudice for want of prosecution.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge