## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | ) <br> ) <br> ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 06-01567(JR) |
| | ) | |
| DAVIDSON'S PAINTING &<br>WALLCOVERINGS INC.<br>    a/k/a Davidson's Painting &<br>    Wallcoverings, Inc.<br>    a/k/a Davidson's Painting and<br>    Wallcoverings, Inc. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, Davidson's Painting & Wallcoverings Inc.

a/k/a Davidson's Painting & Wallcoverings, Inc. a/k/a Davidson's Painting and Wallcoverings,

Inc. for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of

Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/     Kent G. Cprek
　　KENT G. CPREK, ESQUIRE
　　(I.D. NO. 478231)
　　SANFORD G. ROSENTHAL, ESQUIRE
　　(I.D. NO. 478737)
　　The Penn Mutual Towers, 16th Floor
　　510 Walnut Street, Independence Square
　　Philadelphia, PA 19106-3683
　　(215) 351-0615/0611
Date: November 3, 2006　　　　Attorney for Plaintiff

174865-1

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| v. ) | 06-01567(JR) |
| ) | |
| DAVIDSON'S PAINTING & ) | |
| WALLCOVERINGS INC. ) | |
| a/k/a Davidson's Painting & ) | |
| Wallcoverings, Inc. ) | |
| a/k/a Davidson's Painting and ) | |
| Wallcoverings, Inc. ) | |

## DECLARATION OF KENT G. CPREK, ESQUIRE FOR ENTRY OF DEFAULT

Kent G. Cprek, Esquire, declares and states as follows:

1.      I am the attorney for the Plaintiff in the above-entitled action.

2.      The Complaint and Summons in this action were served on Davidson's Painting & Wallcoverings Inc. a/k/a Davidson's Painting & Wallcoverings, Inc. a/k/a Davidson's Painting and Wallcoverings, Inc. ("Company" or "Defendant"), by Michael Antonoff, Special Process Server, who served James Davidson, Owner, at 45223 Metz Road, Columbiana, OH 44408 on September 25, 2006.  The Returns of Service have been duly docketed with the Court.

3.      The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4.      Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5.      Defendant is neither an infant nor an incompetent person.

174865-1

6.     Inasmuch as Defendant is a corporation, it is not in the military service.

I declare under penalty of perjury in accordance
with 28 U.S.C. §1746 that the foregoing is true and
correct to the best of my knowledge, information
and belief.

s/     Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: November 3, 2006

174652-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing

Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same

first class mail, postage prepaid, on the date listed below to:

DAVIDSON'S PAINTING & WALLCOVERINGS INC.
a/k/a Davidson's Painting & Wallcoverings, Inc.
a/k/a Davidson's Painting and Wallcoverings, Inc.
45223 Metz Road
Columbiana, OH 44408

s/    Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: November 3, 2006

174865-1