Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

    Plaintiff(s)

V.

Civil Action No. 06-1567 CKK

DAVIDSON'S PAINTING &
WALLCOVERINGS, INC.

    Defendant(s)

RE: DAVIDSON'S PAINTING & WALLCOVERINGS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 25, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of November, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:     N. Wilkens
    Deputy Clerk