IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01567(JR) |
| DAVIDSON'S PAINTING & WALLCOVERINGS INC.<br>    a/k/a Davidson's Painting & Wallcoverings, Inc.<br>    a/k/a Davidson's Painting and Wallcoverings, Inc. | ) ) ) ) ) ) ) | |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Defendant, Davidson's Painting & Wallcoverings Inc. a/k/a Davidson's Painting & Wallcoverings, Inc. a/k/a Davidson's Painting and Wallcoverings ("Company" or "Defendant") in the amount of $13,606.99. On November 3, 2006, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on November 6, 2006.

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Exhibit 1), the Declaration of Kent Cprek

176425-1

(attached as Exhibit 2), and a proposed default judgment.

                                        Respectfully submitted,

                                        JENNINGS SIGMOND, P.C.

                                        BY:/s/ Kent G. Cprek
                                        KENT G. CPREK, ESQUIRE
                                        (I.D. NO. 478231)
                                        SANFORD G. ROSENTHAL, ESQUIRE
                                        (I.D. NO. 478737)
                                        The Penn Mutual Towers, 16th Floor
                                        510 Walnut Street, Independence Square
                                        Philadelphia, PA 19106-3683
                                        (215) 351-0615

Date:   December 5, 2006              Attorneys for Plaintiff

OF COUNSEL:
JEROME A. FLANAGAN, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660