## CERTIFICATE OF SERVICE

I hereby certify this 5th day of December, 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Kent Cprek and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

Davidson's Painting & Wallcoverings Inc.
a/k/a Davidson's Painting & Wallcoverings, Inc.
a/k/a Davidson's Painting and Wallcoverings, Inc.
45223 Metz Road
Columbiana, OH 44408

DATE: <u>December 5, 2006</u>                           <u>s/ Kent Cprek</u>
                                                        KENT CPREK, ESQUIRE

176425-1