IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>) Plaintiff, )<br>v. )<br>)<br>DAVIDSON'S PAINTING & WALLCOVERINGS INC. )<br>    a/k/a Davidson's Painting & Wallcoverings, Inc. )<br>    a/k/a Davidson's Painting and Wallcoverings, Inc. )<br>) | CIVIL ACTION NO.<br>06-01567(JR) |

### DECLARATION OF KENT CPREK, ESQUIRE

Kent Cprek, Esquire, declares on penalty of perjury under the laws of the United States as follows:

1. I am a shareholder with the law firm of Jennings Sigmond and presently serve as counsel to the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") in this case. I was admitted as a member of the Bar of the District of Columbia in September 2002. I have been a member of the Michigan Bar since November 1978. I have represented employee benefit plans such as the Pension Fund since 1984. In that capacity, I have litigated numerous cases involving employers who have failed to pay pension contributions. I am submitting this Declaration to document the attorneys' fees and costs which the Pension Fund has incurred in this case through November 30, 2006.

2. Attached as Exhibit 3 is an itemized statement detailing the unpaid attorneys' fees and costs incurred by the Pension Fund through November 30, 2006 in connection with collecting delinquent contributions and other amounts from Defendants. Based upon my review of Exhibit 3,

176425-1



the Fund has incurred $4,441.79 in attorneys' fees and costs.

                                        I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: December 5, 2006                           s/ Kent G. Cprek
                                                                          KENT G. CPREK