Report ID: OT2025 - 8683
Monday, December 04, 2006

Printed By: SMGR
Page: 1

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 28266 | Davidson's Painting & Wallcove | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 11/1/2006 | JAF | 2.00 | 2.00 | 200.00 | $400.00 | | | Review of Correspondence from P. Gilbert (2x); Letter to P. Gilbert; Review of Documents; Phone Conference with J. Davidson; Calculate Attorneys Fees and Costs; Preparation of Settlement Memo |
| 11/3/2006 | JAF | 1.10 | 1.10 | 200.00 | $220.00 | | | Phone Conference with J. Davidson; Review of Documents; Letter to J. Davidson; Letter to P. Gilbert and t. Montemore; Memo to File |
| 11/6/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Default Entry |
| 11/13/2006 | JAF | 0.60 | 0.60 | 200.00 | $120.00 | | | Letter to T. Montemore and P. Gilbert; Review of Documents; Memo to File; Review of Correspondence from T. Montemore and P. Gilbert |
| 11/28/2006 | JAF | 1.30 | 1.30 | 200.00 | $260.00 | | | Review of Documents; Calculate Attorney's Fees and Costs in Preparation for Motion for Default; Letter to P. Gilbert; Letter to T. Montemore; Review of Correspondence from P. Gilbert (x3); Memo to File |
| 11/29/2006 | JAF | 1.90 | 1.90 | 200.00 | $380.00 | | | Review of Updated Delinquency Schedule; Preparation of Motion for Default |
| 11/30/2006 | JAF | 2.80 | 2.80 | 200.00 | $560.00 | | | Preparation of Motion for Default and Supporting Memorandum; Preparation of Supporting Affidavits and Exhibits; Review and Revision of Motion and Memorandum |

**Unbilled Time Totals**: 9.90 / 9.90 / $1,954.00

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/21/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Documents; Open File |
| 8/21/2006 | JAF | 2.80 | 2.80 | 200.00 | $560.00 | | | Phone Conference with T. Montemore; Review of Documents; Computer Research regarding Corporate Information |
| 8/28/2006 | JAF | 1.50 | 1.50 | 200.00 | $300.00 | | | Preparation of Complaint |
| 8/29/2006 | JAF | 1.50 | 1.50 | 200.00 | $300.00 | | | Review and Revision of Complaint |
| 8/29/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review and Revision of Complaint |

EXHIBIT 3

Report ID: OT2025 - 8683
Monday, December 04, 2006

Printed By SMGR
Page 2

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 9/8/2006 | KGC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with Jeanette DDC and memo re: same |
| 9/12/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Summons and Complaint |
| 10/18/2006 | JAF | 0.90 | 0.90 | 200.00 | $180.00 | | Phone Conference with J. Davidson regarding Settlement<br>Review of Documents<br>Letter to J. Davidson<br>Letter to T. Montemore and P. Gilbert<br>Memo to File |
| 10/24/2006 | CTM | 0.30 | 0.30 | 70.00 | $21.00 | | Review of Electronic Court Documents regarding Order<br>Memo to File |
| 10/24/2006 | JAF | 1.00 | 1.00 | 200.00 | $200.00 | | Review of Order from Court<br>Phone Conference with J. Davidson regarding Settlement<br>Letter to T. Montemore and P. Gilbert (2x)<br>Review of Correspondence from T. Montemore and P. Gilbert (2x)<br>Letter to J. Davidson<br>Memo to File |
| 10/26/2006 | JAF | 0.50 | 0.50 | 200.00 | $100.00 | | Review of Correspondence from P. Gilbert regarding Settlement<br>Review of Correspondence from T. Montemore (2x) regarding Settlement<br>Letter to P. Gilbert and T. Montemore<br>Review of Correspondence from J. Davidson |
| 10/30/2006 | JAF | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Settlement Check and Remittance Reports<br>Letter to T. Montemore and P. Gilbert<br>Review of Correspondence from T. Montemore and P. Gilbert<br>Memo to File |
| 10/31/2006 | JAF | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Documents<br>Phone Conference with J. Davidson<br>Memo to File |

**Billed Time Totals** 10.00  10.00    $1,935.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 8/29/2006 | $350.00 | 7100 | Filing Fee |
| 9/1/2006 | $72.98 | CRDB | Computer Research - Dun & Bradstreet |
| 9/12/2006 | $11.13 | COPY | Photocopies |
| 9/13/2006 | $14.08 | PO | Postage Charges |
| 10/5/2006 | $103.10 | 7100 | Service of Process |
| 10/24/2006 | $1.50 | FAX | Fax Charges |

**Billed Expenses Totals** $552.79

Printed By: SMGR
Page: 3

Report ID: OT2025 - 8683
Monday, December 04, 2006

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Beginning To End

| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|
| 19.90 | 19.90 | $3,889.00 | $552.79 | $4,441.79 |

**Report Totals**

*** End Of Report ***